1  REGINA J. McCLENDON (State Bar No. 184669)
   rjm@severson.com
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  GMAC MORTGAGE, LLC
   (incorrectly sued here as "GMAC
8  Mortgage Corporation"),
   HOMECOMINGS FINANCIAL, LLC,
9  and GREENPOINT MORTGAGE
   FUNDING, INC.
10

JS-6

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14  NATIONAL ORGANIZATION OF          Case No.  SACV11-00564 CJC (MLGx)
    ASSISTANCE FOR HOMEOWNERS
15  OF CALIFORNIA a dba FINANCIAL
    WELLNESS FOR HOMEOWNERS OF        [PROPOSED] JUDGMENT
16  ORANGE COUNTY CORPORATION, a
    Non-Profit Homeowner Organization
17  representing Individual Members;
    ROXANA ALVARENGA; JOSE
18  AMAYA; ARACELI ABELEDA;
    NORMA CABAYA; MARISSA
19  CEGUERA; NESTOR CONSTANTINO;
    JOSE DE OCAMPO; DO CUONG;
20  JESUS ESPINOZA; KARL EVELYN;
    LEYNE FERNANDEZ; JOSE FLORES;
21  TIMOTHY GO; HAN HUYHN;
    NANSHI IGNACIO; EVELYN
22  KUBOTA; ELENA LEGASPI;
    EDGARDO MARQUEZ; CARLOS
23  MECTILDIS; JOSE MONTES; XIMENA
    MORALES; NELSON NARCISO;
24  ROMELO NAVARRO; GRACIANO
    PANGILINAN; VIRGINIA
25  PANTALEON; VICENTE PERALTA;
    LAURA PEREZ; ILUMINADA
26  RETUTA; SENNEN RONDARES;
    EMETERIO SANTIAGO; BRIAN SHIN;
27  ANTHONY SUICO; PHUC TRAN;
    NAOMI TROWER;  MARIA
28  TUNCHEZ; TERESA VELASQUEZ;
    JOSE ZUNIGA; MARIA CHAMBA;

1 | JAMES FABIS; ALBERT MAK; DU
NGUYEN; OLIVIA RAMOS; DONALD
2 | SANDERSON; RUDY B. SILVA;
PATRICIO SULIT; EVELYN KUBOTA;
3 | RAMO ILLAN; CICERO H.
VILLACORTA; SCOTT DUNLAP;
4 | JUAN MANUEL NUNEX; PETER
REVILLA, individuals, on behalf of
5 | themselves and all others similarly
situated ROES 49 through 5000,
6 | inclusive,

7 |                Plaintiffs,

8 |     vs.

9 | GMAC MORTGAGE CORPORATION,
a DELAWARE corporation;
10 | GREENPOINT MORTGAGE
FUNDING, INC., a NEW YORK
11 | corporation, HOMECOMINGS
FINANCIAL, LLC, a DELAWARE
12 | corporation and DOES 1 through 1000,
inclusive,
13 |
14 |                Defendants.

On May 17, 2011, this Court issued an order granting defendants' motion to dismiss with twenty days' leave to amend. Docket 17. The twenty-day period expired on June 6, 2011. No amended complaint has been timely filed.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants GMAC Mortgage, LLC, Homecomings Financial, LLC, and Greenpoint Mortgage Funding, Inc. and this case is dismissed with prejudice as to all Defendants. Plaintiffs are to recover nothing from Defendants.

Date: June 13, 2011

_____
United States District Court Judge